**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

——————————

**No. 02-7580**

——————————

JAMES L. JACK,

                                        Plaintiff - Appellant,

        versus

A. DAVID ROBINSON, Warden; JANET TERRY, Law
Library  Coordinator;  SERGEANT  FRAME,
Correctional Officer,

                                        Defendants - Appellees.

——————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, District
Judge.  (CA-00-830-3)

——————————

Submitted:  February 20, 2003        Decided:  March 10, 2003

——————————

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

——————————

Affirmed by unpublished per curiam opinion.

——————————

James L. Jack, Appellant Pro Se.

——————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Lee Jack appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) amended complaint for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jack v. Robinson, No. CA-00-830-3 (E.D. Va. Sept. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED